

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00160-CV

| | | |
|---|---|---|
| THE CITY OF ARLINGTON, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-331331-22) |
| V. | § | October 6, 2022 |
| | § | Memorandum Opinion by Justice |
| CHRISTOPHER EVANS, Appellee | § | Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying The City of Arlington's plea to the jurisdiction is reversed, and we render judgment that dismisses solely the portion of Christopher Evans's suit seeking personal-injury damages.

It is further ordered that Christopher Evans shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel